In the Matter of the Application of CHARLES C. WING, as Chairman of the Republican County Committee of the County of Albany, Appellant, against PATRICK J. RYAN et al., Constituting the Board of Elections of the County of Albany, et al., Respondents.

Argued October 3, 1938; decided October 11, 1938.

*Isadore Bookstein* and *Borden H. Mills* for appellant.

*George W. Foy* for Edward J. O'Connell, as Chairman of the Democratic County Committee of the County of Albany, respondent.

*Walter L. Collins, County Attorney,* for the Board of Elections of the County of Albany, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.